Jason C. Doolen
6665 Secluded Ave.
Las Vegas, Nv. 89110
702 526-4128

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 7 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEVADA

Jason C. Doolen

    Plaintiff,

vs,

Bank of America

    Defendant.

_____/

2:14-cv-00716-JCM-VCF

**COMPLAINT**

## PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

COMPLAINT page ____

2. On December 6th and 27th, 2013, Defendant initiated a soft pull of Plaintiff's credit report from Equifax and TransUnion without permissible purpose.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## WILLFUL NON-COMPLIANCE BY DEFENDANT

3. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

4. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

5. Defendant willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) Defendant willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE,** Plaintiff demands judgment for damages in the amount of $2,000 against Bank of America for statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## NEGLIGENT NON-COMPLIANCE BY DEFENDANT

6. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

7. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

8. Defendant negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) Defendant negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE,** Plaintiff demands judgment for damages in the amount of $2,000 against Bank of America for statutory damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 7th day of May, 2014

*/s/ Jason C. Doolen*

Jason C. Doolen
6665 Secluded Ave.
Las Vegas, Nv. 89110
702 526-4128

COMPLAINT page ____