**AFFT**
Jason C. Doolen
Jason C. Doolen
6665 Secluded Ave.
Las Vegas, NV 89110
State Bar No.:
Attorney(s) for: Plaintiff Pro Se

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Case No.: **2:14-CV-00716-JCM-VCF**
Dept. No.:
Date:
Time:

Jason C. Doolen
                                vs                                    **Plaintiff(s)**
Bank of America
                                                                      **Defendant(s)**

**AFFIDAVIT OF SERVICE**

I, **Myla Carson**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1** copy(ies) of the: **Summons in a Civil Action; Complaint; Demand for Jury Trial** on the **16th** day of **May, 2014** and served the same on the **16th** day of **May, 2014** at **2:12 PM** by serving the **Defendant(s), Bank of America** by personally delivering and leaving a copy at **300 S. 4th St., Las Vegas, NV 89101** with **Elizabeth Maciel** as **Banking Officer** an agent lawfully designated by statute to accept service of process.

**State of Nevada, County of Clark**

SUBSCRIBED AND SWORN to before me on this
**19th** day of **May**, **2014**

_____
Notary Public  **D. Watts**

Affiant - Myla Carson         #: R-067968

Legal Process Service    License # 604
WorkOrderNo **1404858**

(702) 471-7255
Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101