# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA



Jason C. Doolen

    Plaintiff,

-v-

BANK OF AMERICA

    Defendants.

Case No.

2:14-cv-00716-JCM-VCF

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT
## AS TO BANK OF AMERICA

Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff against BANK OF AMERICA, Defendant, for failure of said Defendant to plead or otherwise defend. Plaintiff requests a sum certain as set forth in the complaint of $2000 and fees of $491.17 for a total of $2491.17. Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this Application along with an accounting of fees.

Dated: June 9, 2014

Respectfully submitted,

*Jason C. Doolen* (signature)

Jason C. Doolen
6665 Secluded Ave.
Las Vegas, Nv. 89110
702-526-4128

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jason C. Doolen

    Plaintiff,

-v-

BANK OF AMERICA

    Defendants.

Case No.

2:14-cv-00716-JCM-VCF

## AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND
## AS TO BANK OF AMERICA

Now come the Affiant, Jason C. Doolen, over the age of 21, of sound mind and having been duly sworn states and affirms the following;

1. That he is Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That Plaintiff on May 7, 2014 filed a Complaint against the Defendant, BANK OF AMERICA.

3. That the Summons for BANK OF AMERICA was issued in this matter on May 13, 2014.

4. That the Summons for BANK OF AMERICA issued in this matter was served on Defendant, through Elizabeth Maciel at 300 S. 4th St. Las Vegas NV 89101 on May 16, 2014.

5. That evidence of service of the Summons on BANK OF AMERICA is being filed with the Court as an attachment to this Affidavit.

6. That not less than 21 days have elapsed since service of the Summons and Complaint upon BANK OF AMERICA.

7. The Complaint set out statutory fines in the amount of $2000.

8. Plaintiff accrued fees of $491.17; of which $65 fee for process service, $400 Federal filing fee, and $26.17 in certified mail, and evidence of the expenditures are being filed with the Court as an attachment to this affidavit.

9. That examination of the Court files and records in this action shows that BANK OF AMERICA has failed to plead or otherwise defend as to Plaintiff's Complaint.

10. That this Affidavit is executed by the affiant herein for the purpose of enabling Plaintiff to obtain an Entry of Default against BANK OF AMERICA for failure to plead or otherwise defend as to Plaintiff's Complaint.


_____, Affiant
Jason C. Doolen

State of Nevada )
                )                                   014.
County of Clark )

Sworn to (affirmed) and subscribed before me this
13th day of Jun, 2014
By Jason C Doolen
(SEAL)

Humberto Rodriguez

HUMBERTO RODRIGUEZ
Notary Public-State of Nevada
APPT. NO. 10-2536-1
My App Expires July 08, 2014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 9th day of June, 2014 by U.S. Mail delivery to:

*Veronica Harmon*
US Card Litigation Defense
Regulatory and Stakeholder Relations
655 Paper Mill Rd., Newark, DE  19711


*Jason Doolen*
Jason C. Doolen
6665 Secluded Ave.
Las Vegas, Nv. 89110
702-526-4128

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TransUnion
   P.O. Box 2000
   Chester, PA
   19022-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [illegible]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

[stamp: TransUnion LLC  MAR 31 2014]

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 1090 0000 7007 7158

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bank of America
   P.O. Box 17054
   Wilmington, DE 19850

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [illegible signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 1710 0001 6557 0233

PS Form 3811, July 2013  Domestic Return Receipt

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BoA
   P.O. Box 15284
   Wilmington, De 19850

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Grant Stryckang  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

4-25-14

3. Service Type
   ☒ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 1090 0001 8787 0871

PS Form 3811, July 2013  Domestic Return Receipt

```
AFFT
Jason C. Doolen
Jason C. Doolen
6665 Secluded Ave.
Las Vegas, NV 89110
State Bar No.:
Attorney(s) for: Plaintiff Pro Se
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jason C. Doolen
vs
Bank of America

**Plaintiff(s)**

**Defendant(s)**

Case No.:
2:14-CV-00716-JCM-VCF
Dept. No.:
Date:
Time:

### AFFIDAVIT OF SERVICE

I, **Myla Carson**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1** copy(ies) of the: **Summons in a Civil Action; Complaint; Demand for Jury Trial** on the **16th** day of **May, 2014** and served the same on the **16th** day of **May, 2014** at **2:12 PM** by serving the **Defendant(s), Bank of America** by personally delivering and leaving a copy at **300 S. 4th St., Las Vegas, NV 89101** with **Elizabeth Maciel** as **Banking Officer** an agent lawfully designated by statute to accept service of process.

State of Nevada, County of __Clark__

SUBSCRIBED AND SWORN to before me on this __19th__ day of __May__ __2014__

Notary Public   D. Watts

Affiant - Myla Carson   #: R-067968

Legal Process Service   License # 604
WorkOrderNo 1404858

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255

```
                    COURTS/USDC-NV
              333 LAS VEGAS BLVD S STE 1334
                   LAS VEGAS, NV 89101
                     (702) 464-5440


Bank ID: 1340
Merchant ID: 000001010132
Term ID: 002

                     Sale

XXXXXXXXXXXX7778
VISA                  Entry Method: Swiped

Total: $              400.00

05/07/14                         13:45:14
Inv #: 000003        Appr Code: 007439
Apprvd: Online        Batch#: 127001
Retrieval Ref.#: 01784711

                  Customer Copy
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jason C. Doolen <br> Plaintiff(s), <br><br> v. <br><br> Bank of America <br> Defendant(s). | 2:14-CV-00716-JCM-VCF <br><br> **DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the May 7, 2014 (Original, Amended, etc) Complaint May 7, 2014 (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants Bank of America

in the above-entitled action is hereby entered.

DATED: 6-13-14

LANCE S. WILSON, CLERK

By: _____
Deputy Clerk