# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jason C. Doolen<br><br>        Plaintiff(s),<br>vs.<br><br>Bank of America<br><br>        Defendant(s). | Case # 2:14-cv-00716-JCM-VCF<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the __Original__ (Original, Amended, etc) Complaint __May 7, 2014__ (Date Complaint was filed) has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Bank of America__ in the above-entitled action is hereby entered.

DATED: __June 16, 2014__

LANCE S. WILSON, CLERK

By: /s/ Shelly Denson
        Deputy Clerk