Jason C. Doolen

6665 Secluded Ave.

Las Vegas, Nv. 89110

702 526-4128

```
┌─────────────────────────────────────────┐
│ ✓ FILED          ___ RECEIVED            │
│ ___ ENTERED      ___ SERVED ON           │
│            COUNSEL/PARTIES OF RECORD     │
│   ┌───────────────────────────────┐      │
│   │                               │      │
│   │        JUN 2 3 2014            │      │
│   │                               │      │
│   └───────────────────────────────┘      │
│       CLERK US DISTRICT COURT            │
│        DISTRICT OF NEVADA                │
│ BY:_____ DEPUTY        │
└─────────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jason C. Doolen

      Plaintiff,

vs,                    No. 2:14-cv-00716-JCM-VCF

Bank of America

      Defendant.          **MOTION FOR ENTRY OF DEFAULT**

_____/   **FINAL JUDGEMENT**

## PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT FOR FAILURE TO PLEAD OR OTHERWISE DEFEND

    Plaintiff Jason C. Doolen respectfully moves the court to enter default judgement against

Bank of America upon the complaint heretofore filed and served upon the defendant in accordance

with Fed. R. Civ. P. 12, 54 & 55, and in support thereof shows the court the following.

    1) A Complaint was filed on May 7, 2014 against defendant, Bank of America, for 2

        violations of Title 15 U.S.C. 1681, The Fair Credit Reporting Act. (Docket No.1)

2) Defendant was served on May 16, 2014 thru a Bank Officer appointed to receive service of process. (Docket No. 3&4)

3) Plaintiff Applied for Clerk's Entry of Default and received entry on June 16, 2014 (Docket No.7)

## CONCLUSION

For the foregoing reasons, the Plaintiff, Jason C. Doolen, moves the Court to enter final judgment against Bank of America: (1) assess a $2000 statutory fine pursuant to 15 U.S.C. 1681 and (2) $491.17 in fees for filing and mailing. A Memorandum of Law and a proposed Judgement is attached to this Motion.

Respectfully Submitted

Jason C. Doolen

1  Jason C. Doolen
2  6665 Secluded Ave.
3  Las Vegas, Nv. 89110
4  702 526-4128

5
6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8  Jason C. Doolen
9
               Plaintiff,
10
11 vs,                                    No. 2:14-cv-00716-JCM-VCF

12 Bank of America                **MEMORANDUM OF LAW**
13                    Defendant.

14 _____/

15
16
17    **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR FINAL
      DEFAULT JUDGMENT**
18
19
20      Plaintiff Jason C. Doolen respectfully moves the court to enter default judgement against

21 Bank of America upon the complaint heretofore filed and served upon the defendant in accordance

22 with Fed. R. Civ. P. 55, and in support thereof shows the court the following.
23
24
                        <u>FACTUAL BACKROUND</u>
25
26
27
28
                                                            page _____

1   Plaintiff, in early 2014, received and reviewed his credit reports. Upon review Plaintiff

2   found 2 unauthorized impermissible inquiries into his credit report by the defendant. Through the

3   USPS Plaintiff disputed the inquiries with the Credit Reporting Agencies (Equifax, Experian, and

4   Transunion) and the defendant, Bank of America. During which defendants responded in letter that

5   the Plaintiff's assertion was correct and the inquiries would be removed. Plaintiff notified the

6   defendant of violation of 15 U.S.C. 1681. No further response from the defendant has been heard

7   since.

8

9   The Plaintiff filed a Complaint against the defendant on May 7th, 2014 in the United States

10  District Court for the District of Nevada. The Complaint alleges 2 counts of Non- Compliance to

11  follow 15 U.S.C. 1681 The Fair Credit Reporting Act. On May 13, 2014 summons was issued. On

12  May 16, 2014 defendant was served the Complaint and Summons thru Elizabeth Maciel as

13  Banking Officer, an agent lawfully designated by statute to accept such serve of process at 300 S.

14  4th St., Las Vegas, NV 89101. Answer from defendant was due June 6, 2014.

15  By June 13, 2014 defendant had not filed an Answer to the Complaint with the Clerk of

16  this Court, nor has it served a copy of the Answer to the Plaintiff. on June 16, 2014 The Clerk of

17  this Court  approved and filed Clerk's Entry of Default as to Bank of America.

18  The Plaintiff recognizes that entry of a default judgment against a defendant is a severe

19  remedy. See, e.g., E.F. Hutton & Co., Inc. v. Moffatt, 460 F.2d 284, 285 (5th Cir. 1972). Where, as

20  here, however, a party does not respond to a properly served Complaint and ignores a duly issued

21  and properly served Summons of a Court, a default judgment, though drastic, is the appropriate

22  and, indeed, only recourse. See In re Knight, 833 F.2d 1515, 1516 (11th Cir. 1987)(where party

23  offers no good reason for late filing of answer, entry of default judgment appropriate); First City

24  Nat'l Bank of Fort Worth v. Cook, 117 F.R.D. 390 (N.D. Tex. 1987)(default judgment appropriate

where party served has failed to answer). The Plaintiff would prefer that this case be decided upon

its merits and has every confidence it would prevail at a trial. Since the defendant does not appear

disposed to defend this action, however, this Court has as the only avenue available to conclude

this matter, the entry of a default judgment against defendant.

## CONCLUSION

For the foregoing reasons, the Plaintiff, Jason C. Doolen, moves the Court to enter final

judgment against Bank of America: (1) assess a $2000 statutory fine pursuant to 15 U.S.C. 1681

and (2) $491.17 in fees for filing and mailing.

Respectfully Submitted

Jason C. Doolen

Jason C. Doolen

6665 Secluded Ave.

Las Vegas, Nv. 89110

702 526-4128

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jason C. Doolen

        Plaintiff,

vs,                              No. 2:14-cv-00716-JCM-VCF

Bank of America

        Defendant.                **DEFAULT JUDGEMENT**

_____/

# FINAL DEFAULT JUDGMENT

The defendant, Bank of America, having failed to appear, plead or otherwise defend in this action, Plaintiff having requested judgement against the defaulted defendant and having filed a proper motion and affidavit in accordance with Fed. R. Civ. P. 55 had default entered on June 16, 2014.

Judgement is hereby entered in favor of Plaintiff, Jason C. Doolen and against defendant, Bank of America, as follows; $2491.17 for statutory fines and fees.