1  Robin E. Perkins, Esq.
   Nevada Bar No. 9891
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   rperkins@swlaw.com
5  *Attorneys for Defendant*
   *FIA Card Services, N.A. (erroneously sued as "Bank of America")*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JASON C. DOOLEN, | Case No. 2:14-cv-00716-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BANK OF AMERICA, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///

Plaintiff Jason Doolen and Defendant FIA Card Services, N.A. (erroneously sued as "Bank of America"), by and through their respective counsel, hereby stipulate and agree that this case be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 4, 2014

JASON C. DOOLEN

By: */s/ Jason C. Doolen*
Jason C. Doolen
6665 Secluded Ave
Las Vegas, NV 89110
*Plaintiff Pro Se*

Dated: November 4, 2014

SNELL & WILMER L.L.P.

By: */s/ Robin E. Perkins*
Robin E. Perkins
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant FIA Card Services, N.A. (erroneously sued as "Bank of America")*

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2014.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted:

SNELL & WILMER L.L.P.

By: */s/ Robin E. Perkins*
Robin E. Perkins
Nevada Bar No. 9891
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant FIA Card Services, N.A. (erroneously sued as "Bank of America")*

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** the method indicated:

|   |   |
|---|---|
| __X__ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____ | Electronic Filing |

and addressed to the following:

Jason C. Doolen
6665 Secluded Ave
Las Vegas, NV 89110
*Plaintiff Pro Se*

DATED November 4, 2014

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

20259122

- 3 -